JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IRVIN WILFREDO AUDON-MARTINEZ,

                    Petitioner,

          v.

JOSHUA JOHNSON, et al.,

                    Respondents.

) Case No. 5:26-cv-01339-MRA-SP
)
)
)
) **JUDGMENT**
)
)
)
)
)
)
)
)

          Pursuant to the Stipulated Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241,

          IT IS HEREBY ADJUDGED that the Petition is granted in part, with no further proceedings, and with Respondents ordered to provide Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of entry of this Judgment.

Dated: April 17, 2026

_____
HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE